

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00765-CV

**IN RE** Simon David **BOWLES**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
                Lori I. Valenzuela, Justice
                H. Todd McCray, Justice

Delivered and Filed: December 3, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed his petition for writ of mandamus on November 26, 2025. Having reviewed the petition and record, this court has determined that relator is not entitled to the requested relief. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022-CI-11389, styled *In the Matter of the Marriage of Simon David Bowles and Lilian Goria Bowles*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Nadine Melissa Nieto presiding.